**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0175n.06
Filed: March 2, 2007

No. 06-3476

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LUCRETIA G. VINTILLA,
     *Plaintiff-Appellant,*

                                              On Appeal from the
        v.                           United States District Court for
                                              the Northern District of Ohio

SAFECO INSURANCE COMPANY,
     *Defendant-Appellee.*

_____

     Before: KENNEDY, BATCHELDER, and CLAY, Circuit Judges

     **PER CURIAM.** Lucretia G. Vintilla appeals the district court's grant of summary judgment in favor of defendant Safeco Insurance Company and denial of her own summary judgment motion. After reviewing the record, the parties' briefs, and the applicable law, this court concludes that issuance of a panel opinion would not serve any jurisprudential purpose. Thus, we affirm the district court's thorough and well-reasoned decision for the reasons stated within that opinion.